### HATFIELD *v.* HATFIELD.

EVANS, J.  This was a proceeding for temporary alimony and custody of a child pending a libel for divorce. The court awarded alimony to the mother and the temporary custody of the child to the father. No error of law is alleged to have been committed, and the evidence was conflicting. *Held*, that no abuse of discretion by the court is made to appear, and the judgment will not be disturbed.

*Judgment affirmed. All the Justices concur.*

Argued April 20,—Decided May 18, 1907.

Petition for alimony.    Before Judge Wright.    Floyd superior court.    January 4, 1907.

*M. B. Eubanks,* for plaintiff in error.